# UNITED STATES BANKRUPTCY COURT
## NORTHERN DISTRICT OF ILLINOIS
### EASTERN DIVISION

| | | | |
|---|---|---|---|
| **Honorable** | David D. Cleary | **Hearing Date** | December 19, 2024 |
| **Bankruptcy Case** | 24bk18897 | **Adversary No.** | |
| **Title of** | Lion Electric Manufacturing USA, Inc. | | |

**Brief Statement of Motion:** Application to Set Hearing on Emergency Motion.    EOD #3

**Names and Addresses of moving counsel:**

**Representing:**

## ORDER

**Application is Granted.** Emergency Motion is to be set for hearing on December 20, 2024, at 10:00 a.m., at 219 S. Dearborn St., Courtroom 644, Chicago, IL 60604, or via Zoom for Government - Judge Cleary.

*/s/ David D. Cleary*

MLU